

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Deborah Miller Zuranich
individually and dba as successor trustee
to the Joseph J. Miller Living Trust
dated 10-8-2007

               Debtor(s)     /

Case No.:

18-31252

## CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of _1_ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:

_____
Deborah Miller Zuranich individually and dba as successor
tristee to the Joseph J. Miller Living Trust dated 10-8-2007

Tellone Financial
RE: 549 Lakeshore Blvd. #29
Incline Village, NV 89451
6200 E. Canyon Rim Rd. Suite 201
Anaheim Hills, CA 92807


Washoe County Tax Assessor
1001 E. 9th St.
Reno, NV 89512