# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: wbkarnes | Date Created: 11/20/2018 |
| Case: 18–31252 | Form ID: PMT | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Deborah Miller Zuranich      3053 Fillmore St #245      San Francisco, CA 94123

TOTAL: 1