# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re )  Chapter 13
)
DEBORAH ZURANICH MILLER, ) Case No. 18-31252
   Debtor(s) )
) BANKRUPTCY JUDGE
) HANNAH L BLUMSTIEL

### REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Mervyns [Last four digit of account:7912]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Synchrony Bank
    c/o PRA Receivables Management, LLC
    PO Box 41021
    Norfolk, VA 23541
    Telephone: (877)885-5919
    Facsimile: (757) 351-3257
    E-mail: claims@recoverycorp.com

Dated: Norfolk, Virginia
November 21, 2018

                                           By: /s/ Valerie Smith

                                           Valerie Smith
                                           c/o PRA Receivables Management, LLC
                                           Senior Manager
                                           PO Box 41021
                                           Norfolk, VA 23541
                                           (877)885-5919

Assignee Creditor: Mervyns [Last four digit of account:7912]