

FILED
DEC - 4 2018
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
2018 DEC -4 P 5: 56
CLERK, U.S. ...COURT
NO. DIST. OF CA.

1  Deborah Zuranich Miller
   3053 Fillmore St. #245
2  San Francisco, CA 94123

3  Debtor In Propria Persona

4

5             UNITED STATES BANKRUPTCY COURT

6      NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

7  IN RE:                   ) Case No. 18-BK-31252-HLB13
                                )
8  DEBORAH MILLER ZURANICH   ) CHAPTER 13
                                )
9      Debtor.              ) MOTION FOR EXTENSION OF TIME TO
                                ) FILE REQUIRED DOCUMENTS
10                              ) Fed. Rule Bankruptcy Procedure 1007(c)
                                ) AND MOTION TO CONTINUE § 341 MTG
11                              )

12     The Debtor Deborah hereby declares and moves the Court as follows:

13     1.     On November 20th 2018, I filed a voluntary petition in bankruptcy

14 which halted the foreclosure sale of real property.

15     2.     The Chapter 13 schedules, statement of affairs, statement of current

16 monthly income, and Chapter 13 plan were originally due on 12-4-2018.

17     3.     As explained in my previous BK filing that was dismissed due to my

18 inability to file the necessary documents by the Court extended date, my brother

19 John who was supposed to be back in the US by now is still overseas due to

20 circumstances beyond his control. He has the access to the critical files needed

21 to file the documents. I am therefore requesting a 30 day extension to file the

22 documents.

23     4.     The primary issue in this case is the greed and desire of the lender

24 to foreclose on the property and earn a more than $1 million in equity in the

25 property rather than negotiate in good faith a renewal of the loan that is difficult

26 to obtain in the market due to title being in the name of a trust, an issue that many

27

28

---

MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS
- 1 -

**Exhibit 1**

banks will not touch.

5. The lender's entire loan amount is fully secured by the real estate, the property is prime lakefront property in Lake Tahoe with a Zillow estimate of more than $1.5 million (actual market value of perhaps $1.8 million with no other loans or encumbrances, leaving an equity of up to $1 million that the lender would like to take from our family that our father worked to give to us over his many years of hard work as a realtor, over the Thanksgiving and Christmas season. Their conduct in refusing to deal in good faith and gain an unjust enrichment instead of being content with an above market return is very despicable and predatory and that is why we are seeking the protection of the Bankruptcy Court in good faith to prevent a miscarriage of justice and unconscionable forfeiture of our family's land, that the law abhors.

6. The monthly loan payments of $5,000 can more than easily be covered by the revenue that is currently generated by the property by renting the property on AirBNB and VRBO for nightly prices of up to $350 a night, payments that we are more than willing to start making if the lender can negotiate a written agreement in good faith and honor, instead of refusing to do so as they have done until now.

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Date: December 4th 2018.

_____
Deborah Miller Zuranich
Debtor

MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS
- 2 -