Deborah Zuranich Miller
3053 Fillmore St. #245
San Francisco, CA 94123

Debtor In Propria Persona




# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

IN RE: ) Case No. 18-BK-31252-HLB13
)
DEBORAH MILLER ZURANICH ) CHAPTER 13
) AMENDED
Debtor. ) MOTION FOR EXTENSION OF TIME TO
) FILE REQUIRED DOCUMENTS
) Fed. Rule Bankruptcy Procedure 1007(c)
) AND MOTION TO CONTINUE § 341 MTG
)

**The Debtor Deborah hereby declares and moves the Court as follows:**

1. I am submitting this Amended Declaration to the one that was filed in error through the U.S. District Court's Dropbox that is attached as Exhibit 1 to this Amended Declaration, bearing a filing date of 12-4-2018 and time-stamp of 5:56 pm. I did not realize until after filing this document that the U.S. District Court dropbox does not permit filing of documents that are required to be filed in the U.S. Bankruptcy Court, which does not have a drop box. I am therefore filing this Amended Declaration at the opening of the Court on the morning of 12-5-2018 and request that the Court accept this late filing with my apologies.

2. On November 20th 2018, I filed a voluntary petition in bankruptcy which halted the foreclosure sale of real property.

3. The Chapter 13 schedules, statement of affairs, statement of current monthly income, and Chapter 13 plan were originally due on 12-4-2018.

4. As explained in my previous BK filing that was dismissed due to my inability to file the necessary documents by the Court extended date, my brother

---
MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS
- 1 -

| | |
|---|---|
| 1 | John who was supposed to be back in the US by now is still overseas due to |
| 2 | circumstances beyond his control. He has the access to the critical files needed |
| 3 | to do this. I am therefore requesting a 30 day extension to file the documents. |
| 4 |     I declare under penalty of perjury of the laws of the State of California and |
| 5 | the laws of the United States that the foregoing is true and correct. |

Date: December 5th 2018.

*[signature]*
Deborah Miller Zuranich
Debtor In Propria Persona

---

MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS

- 2 -