

Signed and Filed: December 7, 2018

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                  ) Case No. 18-31252 HLB
                                        )
DEBORAH MILLER ZURANICH,                 ) Chapter 13
                                        )
        Debtor.                        )
_____ )

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS**

On December 5, 2018, Debtor filed a motion to extend time to file her required bankruptcy documents; i.e.: Summary of Your Assets and Liabilities and Certain Statistical Information; Declaration About an Individual Debtor's Schedules; Schedules A-J; Statement of Financial Affairs for Individuals Filing for Bankruptcy; Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period; Chapter 13 Calculation of Your Disposable Income; and Chapter 13 Plan (collectively, the "Required Documents"). Debtor also appears to be requesting a continuance of the meeting of creditors.

Upon due consideration, the Court hereby orders as follows:

(1) The Motion to extend time is granted.

(2) The deadline for Debtor to file the Required Documents is January 4, 2019.

(3) If Debtor fails to comply fully and timely with paragraph (2) of this order, this case may be dismissed without further notice or hearing.

(4) No further extensions will be granted.

(5) Debtor's request to continue the meeting of creditors is **DENIED** as the case trustee, not the court, has the authority to continue such meetings.

**\*\*END OF ORDER\*\***

## Court Service List

Deborah Miller Zuranich
3053 Fillmore St #245
San Francisco, CA 94123