```
                         United States Bankruptcy Court
                         Northern District of California
```

In re:                                                          Case No. 18-31252-HLB
Deborah Miller Zuranich                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0971-3          User: rrombawa          Page 1 of 1          Date Rcvd: Dec 11, 2018
                                   Form ID: pdfeoc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.
db         +Deborah Miller Zuranich,   3053 Fillmore St #245,   San Francisco, CA 94123-4009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:
        David Burchard    TESTECF@burchardtrustee.com,  dburchard13@ecf.epiqsystems.com
        Jennifer C. Wong   on behalf of Creditor   Deutsche Bank National Trust Company, as trustee, on
         behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR3
         bknotice@mccarthyholthus.com,   jwong@ecf.courtdrive.com
        Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
                                                                                                                                                              TOTAL: 3



Signed and Filed: December 7, 2018

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                ) Case No. 18-31252 HLB
                                      )
DEBORAH MILLER ZURANICH,               ) Chapter 13
                                      )
            Debtor.                    )
_____)

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS**

On December 5, 2018, Debtor filed a motion to extend time to file her required bankruptcy documents; i.e.: Summary of Your Assets and Liabilities and Certain Statistical Information; Declaration About an Individual Debtor's Schedules; Schedules A-J; Statement of Financial Affairs for Individuals Filing for Bankruptcy; Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period; Chapter 13 Calculation of Your Disposable Income; and Chapter 13 Plan (collectively, the "Required Documents"). Debtor also appears to be requesting a continuance of the meeting of creditors.

Upon due consideration, the Court hereby orders as follows:

(1) The Motion to extend time is granted.

ORDER GRANTING MOTION TO EXTEND
TIME TO FILE REQUIRED DOCUMENTS        - 1 -

(2) The deadline for Debtor to file the Required Documents is January 4, 2019.

(3) If Debtor fails to comply fully and timely with paragraph (2) of this order, this case may be dismissed without further notice or hearing.

(4) No further extensions will be granted.

(5) Debtor's request to continue the meeting of creditors is **DENIED** as the case trustee, not the court, has the authority to continue such meetings.

**\*\*END OF ORDER\*\***

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS** - 2 -

## Court Service List

Deborah Miller Zuranich
3053 Fillmore St #245
San Francisco, CA 94123