Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Deborah Miller Zuranich<br>aka Deborah Leigh Miller<br>dba Joseph J. Miller Living Trust dated October 8, 2007<br>Debtor(s) | Case No.: 18–31252 HLB 13<br><br>Chapter: 13 |
|---|---|---|

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order for Payment of Fees in Installments , filed on November 20, 2018 . Therefore, it is ordered that this case be **dismissed**.

Dated: 12/21/18

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge