# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: kandersen | Date Created: 12/21/2018 |
| Case: 18−31252 | Form ID: NDC | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | David Burchard | TESTECF@burchardtrustee.com |
| aty | Jennifer C. Wong | bknotice@mccarthyholthus.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Deborah Miller Zuranich | 3053 Fillmore St #245    San Francisco, CA 94123 |
| cr | Synchrony Bank | c/o PRA Receivables Management, LLC    P.O. Box 41021    Norfolk, VA 23541 |
| cr | Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass−Through Certificates, Series 2006−AR3    c/o Jennifer C. Wong, Esq    McCarthy & Holthus, LLP    411 Ivy Street    San Diego, CA 92101 | |
| smg | Chief Tax Collection Section    Employment Development Section    P.O. Box 826203    Sacramento, CA 94230 | |
| smg | CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280−0001 | |
| smg | CA Franchise Tax Board    Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812−2952 | |
| 14893349 | McCarthy & Holthus, LLP    411 Ivy Street    San Diego, CA 92101 | |
| 14888433 | Tellone Financial    Re: 549 Lakeshore Blvd. #29    Incline Village, NV 89451    6200 E. Canyon Rim Rd. #201    Anaheim Hills, CA 92807 | |
| 14888434 | Washoe County Tax Assessor    1001 E. 9th St.    Reno, NV 89512 | |

TOTAL: 9