```
                          United States Bankruptcy Court
                           Northern District of California
```

In re:                                                              Case No. 18-31252-HLB
Deborah Miller Zuranich                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: kandersen           Page 1 of 1          Date Rcvd: Dec 21, 2018
                              Form ID: NDC              Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
```
db              +Deborah Miller Zuranich,    3053 Fillmore St #245,     San Francisco, CA 94123-4009
cr              +Deutsche Bank National Trust Company, as trustee,,    c/o Jennifer C. Wong, Esq,
                  McCarthy & Holthus, LLP,    411 Ivy Street,    San Diego, CA 92101-2108
14893349        +McCarthy & Holthus, LLP,    411 Ivy Street,    San Diego, CA 92101-2108
14888433        +Tellone Financial,   Re: 549 Lakeshore Blvd. #29,     Incline Village, NV 89451,
                  6200 E. Canyon Rim Rd. #201,    Anaheim Hills, CA 92807-4315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              EDI: EDD.COM Dec 22 2018 08:53:00      CA Employment Development Dept.,
                  Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg              EDI: CALTAX.COM Dec 22 2018 08:58:00      CA Franchise Tax Board,
                  Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg             +EDI: EDD.COM Dec 22 2018 08:53:00      Chief Tax Collection Section,
                  Employment Development Section,    P.O. Box 826203,    Sacramento, CA 94230-0001
cr              +EDI: RMSC.COM Dec 22 2018 08:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  P.O. Box 41021,    Norfolk, VA 23541-1021
14888434        +E-mail/Text: collect@washoecounty.us Dec 22 2018 03:59:55      Washoe County Tax Assessor,
                  1001 E. 9th St.,    Reno, NV 89512-2845
                                                                                              TOTAL: 5

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
```
              David Burchard    TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
              Jennifer C. Wong    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR3
               bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
                                                                                              TOTAL: 3
```

Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Deborah Miller Zuranich<br>aka Deborah Leigh Miller<br>dba Joseph J. Miller Living Trust dated October 8, 2007<br>Debtor(s) | Case No.: 18–31252 HLB 13<br>Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order for Payment of Fees in Installments , filed on November 20, 2018 . Therefore, it is ordered that this case be **dismissed**.

Dated: 12/21/18

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge