# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: ywon | Date Created: 1/8/2019 |
| Case: 18−31252 | Form ID: pdfntcal | Total: 12 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
tr     David Burchard     TESTECF@burchardtrustee.com
aty     Jennifer C. Wong     bknotice@mccarthyholthus.com

                                                                                             TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Deborah Miller Zuranich     3053 Fillmore St #245     San Francisco, CA 94123
cr     Synchrony Bank     c/o PRA Receivables Management, LLC     P.O. Box 41021     Norfolk, VA 23541
cr     Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass−Through Certificates, Series 2006−AR3     c/o Jennifer C. Wong, Esq     McCarthy & Holthus, LLP     411 Ivy Street     San Diego, CA 92101
smg     Chief Tax Collection Section     Employment Development Section     P.O. Box 826203     Sacramento, CA 94230
smg     CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280−0001
smg     CA Franchise Tax Board     Special Procedures Bankruptcy Unit     P.O. Box 2952     Sacramento, CA 95812−2952
14893349     McCarthy & Holthus, LLP     411 Ivy Street     San Diego, CA 92101
14888433     Tellone Financial     Re: 549 Lakeshore Blvd. #29     Incline Village, NV 89451     6200 E. Canyon Rim Rd. #201     Anaheim Hills, CA 92807
14888434     Washoe County Tax Assessor     1001 E. 9th St.     Reno, NV 89512

                                                                                              TOTAL: 9